**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 44748**

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2017 Unpublished Opinion No. 492** |
| | ) | |
| Plaintiff-Respondent, | ) | **Filed: June 16, 2017** |
| | ) | |
| v. | ) | **Karel A. Lehrman, Clerk** |
| | ) | |
| **JESSICA VIRGINIA PERCOCO,** | ) | **THIS IS AN UNPUBLISHED** |
| | ) | **OPINION AND SHALL NOT** |
| Defendant-Appellant. | ) | **BE CITED AS AUTHORITY** |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Jason D. Scott, District Judge.

Judgment of conviction and unified sentences of eight years, with a minimum period of confinement of three years, for trafficking in heroin; concurrent unified term of four years, with a minimum period of confinement of two years, for grand theft by deception; and unified term of four years, with a minimum period of confinement of two years, for burglary to run consecutive to the sentence for trafficking in heroin, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Kimberly A. Coster, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

———————————————————

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and MELANSON, Judge

———————————————————

PER CURIAM

Jessica Virginia Percoco pled guilty to one count each of trafficking in heroin, I.C. § 37-2732B(a)(6)(A); grand theft by deception, I.C. §§ 18-2403(2)(a), 18-2407(1)(b), and 18-2409; and burglary, I.C. § 18-1401. In exchange for her guilty pleas, additional charges were dismissed. The district court sentenced Percoco to a unified term of eight years, with a minimum

period of confinement of three years, for trafficking in heroin; a concurrent unified term of four years, with a minimum period of confinement of two years, for grand theft by deception; and a unified term of four years, with a minimum period of confinement of two years, for burglary, to run consecutive to the sentence Percoco received for trafficking in heroin. Percoco appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Percoco's judgment of conviction and sentences are affirmed.